IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush<br>Court Reporter: Darlene Martinez | Date: January 24, 2008 |

Civil Action No. 08-cv-00109-AP

In re:
RICKY DONOVAN VAN VLEET,

| | |
|---|---|
| RICKY DONOVAN VAN VLEET, | Lee M. Kutner |
|     Appellant, | |
| v. | |
| TOM H. CONNOLLY, CHAPTER 11 TRUSTEE, | Douglas W. Jessop<br>K. Lane Cutler<br>Annie C. Howe |
|     Appellee. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Emergency Motion for Stay Pending Appeal**

9:03 a.m.    Court in session.

Also present are Tom Connolly, John Young (on behalf of the Creditors' Committee) and Leo Weiss (on behalf of the Office of the United States Trustee).

Argument by Mr. Kutner.

9:21 a.m.    Argument by Mr. Jessop.

9:31 a.m.    Argument by Mr. Young.

9:33 a.m.    Argument by Mr. Weiss.

9:35 a.m.    Rebuttal argument by Mr. Kutner.

Court's ruling.

**ORDERED:** Emergency Motion for Stay Pending Appeal (Doc. 5) is denied.

9:44 a.m.　　Court in recess.

Time: 00:41
Hearing concluded.